

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00325-CV

---

Barbara Baskin, Appellant

v.

Presidio County, Texas, Appellee

---

On Appeal from the 394th District Court
Presidio County, Texas
Trial Court No. 8244

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 19th day of November 2025.


GINA M. PALAFOX, Justice


Before Salas Mendoza C.J., Palafox and Soto, JJ.